UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS | * |
| | *    CRIMINAL NO. 5:23-CR-575-01 |
| HOMERO TOVAR | * |
| | * |

## NOTICE OF NON-APPEAL

I am a defendant in this case, and I have now been sentenced. I know that I have the right to appeal to the Court of Appeals. I have discussed my case with my attorney and I have decided not to pursue an appeal.

## RENUNCIA A UNA APELACION

Siendo el acusado en esta causa, he recibido ahora mi sentencia. Yo se bien que tengo el derecho de apelar esta sentencia a un Tribunal de Apelaciones y lo he discutido con mi abogado. Sin embargo, he decidido no proceder con una apelacion.

5-16-24
Date

_____
Defendant - HOMERO TOVAR

_____
Attorney - ROBERTO BALLI